UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-62158-CIV-GAYLES/TURNOFF

**SHAWN ALEXANDER HYLTON**,

    Plaintiff,

vs.

**O.C. COMMC'NS OF CAL., INC.**,
a/k/a O.C. COMMC'NS, INC.,

    Defendant.
_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

**THIS CAUSE** comes before the Court upon Plaintiff Shawn Alexander Hylton's Notice of Voluntary Dismissal Without Prejudice of Claims Against Defendant [ECF No. 7]. Based thereon, it is

**ORDERED AND ADJUDGED** that this action is **DISMISSED without prejudice**. Each party is to bear its own costs and attorneys' fees. It is further

**ORDERED AND ADJUDGED** that this action shall be **CLOSED** for administrative purposes, and all pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of November, 2015.

 

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge Turnoff
        All Counsel of Record